**Loren D. Podwill**, OSB #843241
E-mail: loren.podwill@bullivant.com
**Randy L. Arthur**, OSB #851412
E-mail: randy.arthur@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Plaintiff

FILED'07 APR 16 11:24USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| MERCHANTS BONDING COMPANY (MUTUAL), an Iowa company,<br><br>    Plaintiff,<br><br>v.<br><br>SKINNER BONDING OF OREGON, INC., an Oregon corporation,<br><br>    Defendant. | Civil No.: 3:07-CV-491-HU<br><br>**ORDER GRANTING PRELIMINARY INJUNCTION** |

The court having considered Plaintiff Merchant Bonding Company's ("Merchants") Motion for Temporary Restraining Order and Preliminary Injunction and the Stipulated Preliminary Injunction agreed to by the parties, it is HEREBY ORDERED THAT:

1. A preliminary injunction shall be entered during the pendency of this lawsuit or until ordered otherwise by this court as follows:

    a. Defendant Skinner Bonding shall immediately stop marketing, delivering, and/or executing bonds on Merchants' behalf or in the

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**ORDER GRANTING PRELIMINARY INJUNCTION**
**Page 1**

Merchants' name;

b. Defendant Skinner Bonding, within ten days of this Order, shall identify to Merchants with specificity all bonds executed by Skinner Bonding on Merchants' behalf or in Merchants' name;

c. Defendant Skinner Bonding shall hold in trust, and not transfer, dispose of, or in any way encumber premiums it has obtained in connection with its execution of bonds on behalf of or in Merchants' name;

d. Defendant Skinner Bonding, within 10 days of this Order, shall produce to Merchants a detailed accounting – including individual account notations to specify each bond transaction and premium payment as a separate and distinct charge – of all bonds executed on behalf of or in Merchants' name;

e. Defendant Skinner Bonding shall permit Merchants to examine Skinner's records for the time period that Skinner first started executing Merchants' bonds (October 2003) through the present; and,

f. Defendant Skinner Bonding shall immediately return to Merchants all Merchants-related supplies, and shall delete Merchants' power of attorney from its data base.

///

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**ORDER GRANTING PRELIMINARY INJUNCTION**
**Page 2**

2. Based on the stipulation of the parties, the security required by FRCP 65(c) is waived and need not be posted by plaintiff Merchants Bonding.

DATED this _13_ day of _April_, 2007.

_____
The Honorable Garr M. King
United States District Court Judge
740 United States Courthouse
1000 SW Third Ave.
Portland, OR 97204-2902

Prepared by:

THE DUBOFF LAW GROUP, LLC

_____
Leonard D. DuBoff, OSB #77437
Mark Pihl, OSB #90103
Portland, OR 97223
Telephone: (503) 968-8111
Of Attorneys for Defendant Skinner Bonding
of Oregon, Inc.

BULLIVANT HOUSER BAILEY PC

_____
Loren D. Podwill, OSB #843241
Randy L. Arthur, OSB #851412
Telephone: 503.228.6351
Of Attorneys for Plaintiff Merchants
Bonding Company

10353870.1

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**ORDER GRANTING PRELIMINARY INJUNCTION**
Page 3

# CERTIFICATE OF SERVICE

I, Loren D. Podwill, hereby certify that on April 13, 2007, I served the foregoing **ORDER GRANTING PRELIMINARY INJUNCTION** on the attorneys of record herein, by e-mail and regular mail to said attorneys a true copy thereof, contained in a sealed envelope, with postage prepaid, addressed to said attorneys last known address as shown below, and deposited in the post office at Portland, Oregon.

Leonard DuBoff
lduboff@dubofflaw.com
Mark Pihl
mpihl@dubofflaw.com
The DuBoff Law Group, LLC
6665 SW Hampton Street, Suite 200
Portland, OR 97223-8357

BULLIVANT HOUSER BAILEY PC

By _____
Loren D. Podwill, OSB #843241

Attorneys for Plaintiffs

Page 1– CERTIFICATE OF SERVICE

Bullivant|Houser|Bailey PC

888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915