IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| MERCHANTS BONDING COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-491-HU |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SKINNER BONDING OF OREGON, INC., | ) ) | |
| | ) | |
| Defendant. | ) ) | |

    Loren Podwill
    Bullivant Houser Bailey
    300 Pioneer Tower
    888 S.W. Fifth Avenue
    Portland, Oregon  97204

        Attorneys for Plaintiff

    Mary Ann Skinner
    12242 SW Breyman Ave
    Portland, Oregon   97219

        Pro Se Defendant

KING, Judge:

The Honorable Dennis Hubel, United States Magistrate Judge, filed Findings and Recommendation on November 28, 2007. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation (#37). IT IS HEREBY ORDERED that Merchants Bonding Company's Motion for Partial Summary Judgment (#29) is GRANTED in part and DENIED in part, as set forth in the Findings and Recommendation. Finding no just reason for delay, pursuant to Federal Rule of Civil Procedure 54(b), judgment for Merchants Bonding Company will be entered in the amount of $93,585.60 for the unpaid premiums on the reported and authorized bonds, and in the amount of $277,940, for unpaid premiums on the unreported and unauthorized bonds, together with prejudgment interest, based on claims one, two, three and six. Merchants Bonding Company's seventh claim for injunctive relief and prayer for punitive damages is dismissed as voluntarily withdrawn.

Dated this      21st      day of December, 2007.

      /s/ Garr M. King
      Garr M. King
      United States District Judge